IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTINE WENGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV142 |
| | ) | |
| v. | ) | |
| | ) | |
| GARCIA'S CORPORATION, d/b/a | ) | ORDER |
| HECTOR'S RESTAURANT and | ) | |
| HECTOR J. GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's withdrawal of plaintiff's motion to compel (Filing No. 14). Pursuant thereto,

IT IS ORDERED that this motion is granted; plaintiff's motion to compel (Filing No. 13) is deemed withdrawn.

DATED this 10th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court