```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

KRISTINE WENGE,                )
                               )
          Plaintiff,           )         8:05CV142
                               )
     v.                        )
                               )
GARCIA'S CORPORATION, d/b/a    )         ORDER
HECTOR'S RESTAURANT and        )
HECTOR J. GARCIA,              )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the stipulation for dismissal (Filing No. 25). Pursuant thereto,

IT IS ORDERED that this matter is dismissed with prejudice, each party to pay their own costs.

DATED this 9th day of March, 2006.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                  LYLE E. STROM, Senior Judge
                                  United States District Court